No. 488. TROSS v. WEST VIRGINIA. October 28, 1940. Motion for leave to proceed further *in forma pauperis,* and petition for writ of certiorari to the Circuit Court of West Virginia, Mineral County, denied. *Mr. F. E. Parrack.* for petitioner.

No. 410. DILLON v. UNITED STATES; and

No. 411. CROWLEY v. UNITED STATES. October 28, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Edward L. O'Connor* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, J. Albert Woll, M. Joseph Matan,* and *W. Marvin Smith* for the United States. Reported below: 113 F. 2d 334.